UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:24-CR-00028-1-D
Civil No. 7:26-CV-00179-D

Kevon Lamonte Bracey,                    )
                                         )
                Petitioner,              )
                                         )
v.                                       )                    ORDER
                                         )
United States of America,                )
                                         )
                Respondent.              )

 

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This _8_ day of April, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE